No. 695, Misc. CABALLERO *v.* WILKINS, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 705, Misc. GIRONDA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Acting Assistant Attorney General Foley* and *Beatrice Rosenberg* for the United States.

No. 713, Misc. COSTELLO *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *Robert P. Whelan* for petitioner. *Edward S. Silver, William I. Siegel* and *David Diamond* for respondent.

No. 720, Misc. SANCHEZ *v.* WILKINSON, WARDEN. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Acting Assistant Attorney General Doar, Harold H. Greene* and *Isabel L. Blair* for respondent.

No. 721, Misc. ARCHIE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se: Solicitor General Cox, Acting Assistant Attorney General Foley* and *Beatrice Rosenberg* for the United States.

No. 724, Misc. LITTERIO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Acting Assistant Attorney General Foley* and *Beatrice Rosenberg* for the United States.

No. 727, Misc. JORDAN *v.* WARDEN, MARYLAND PENITENTIARY. C. A. 4th Cir. Certiorari denied.